MANSON, Commissioner of Insurance, Appellant, v. UNION TRUST LIFE INSURANCE COMPANY, Respondent.

*April 28—June 1, 1965.*

For the appellant there were briefs by *Charne & Tehan* of Milwaukee, and oral argument by *Irvin B. Charne*.

For the respondent there was a brief by *John D. Cahill*, and oral argument by *William Fitzhugh Fox*, both of Milwaukee.

GORDON, J. We consider that the issue presented in this case is fully and squarely governed by the analysis of the court in *Peerless Ins. Co. v. Manson*, decided today. Upon the reasoning of such case, the judgment of the trial court in the instant case was correct.

*By the Court.*—Judgment affirmed.